UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00252

**Markus Green,**
*Petitioner,*

v.

**Director, TDCJ-CID,**
*Defendant.*

# ORDER

Petitioner Markus Green, proceeding pro se, filed this federal petition for a writ of habeas corpus. Doc. 1. This petition was referred to United States Magistrate Judge John D. Love. On October 31, 2022, Judge Love issued a report recommending that petitioner's federal habeas corpus petition be dismissed without prejudice for petitioner's failure to comply with an order of the court. Judge Love also recommended that petitioner be denied a certificate of appealability sua sponte. A copy of this report and recommendation was sent to petitioner at his address with an acknowledgement card. The docket reflects that petitioner received a copy of the report on November 7, 2022. Doc. 8. To date, no objections to the report and recommendation have been filed.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Petitioner is denied a certificate of appealability sua sponte. All pending motions are denied.

*So ordered by the court on December 8, 2022.*

J. CAMPBELL BARKER
United States District Judge